UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY, | No. 2:18-cv-01985 CKD P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO JAIL MEDICAL, | |
| Defendant. | |

On July 26, 2018, the court ordered plaintiff to submit an affidavit in support of his request to proceed in forma pauperis within 30 days. That time has now expired. However, on July 27, 2018, plaintiff submitted a letter indicating that he was having difficulties obtaining a prison trust fund account statement from the Sacramento County Main Jail. ECF No. 5. The court will construe the letter as a request for an extension of time. So construed, and for good cause appearing, plaintiff's request is granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time is granted; and

/////
/////
/////
/////

1

2. Plaintiff is granted thirty days from the date of this order in which to file and serve an affidavit in support of his request to proceed in forma pauperis. Failure to do so within 30 days will result in a recommendation that this action be dismissed.

Dated: September 5, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/tank1985.36(1).docx